AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

V.

Joseph Vitoulis

**JUDGMENT OF ACQUITTAL**

CASE NUMBER: S13 12 CR 171-25(JPO)

The Defendant was found not guilty.  IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

Hon. J. Paul Oetken          U.S.D.J.
Name of Judge                Title of Judge

11-19-13
Date